# EXHIBIT A

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Afaro, Michael | $24.75 | $18.56 | $43.31 | December 18, 2004 |
| Alvarez, Fabian | $96.00 | $72.00 | $168.00 | March 2005 |
| Anaya, Priciliano | $1,067.00 | $800.25 | $1,867.25 | February 2004-June 2005 |
| Avalos, Feliciano | $406.75 | $305.06 | $711.81 | April 2004-October 2004 |
| Avalos, Ignacio | $81.25 | $60.94 | $142.19 | April 2004-May 2004 |
| Avalos, Javier | $56.00 | $42.00 | $98.00 | December 18, 2004 |
| Avalos, Rogelio | $45.50 | $34.13 | $79.63 | April 10, 2004 |
| Ayala, Manuel | $714.00 | $535.50 | $1,249.50 | February 2005-June 2005 |
| Bailey, Timothy | $172.00 | $129.00 | $301.00 | May 2004-January 2005 |
| Benitez, Hector | $53.75 | $40.31 | $94.06 | January 2005-February 2005 |
| Bingaman, Don | $85.50 | $64.13 | $149.63 | May 2005-June 2005 |
| Bravo, Miguel | $972.50 | $729.38 | $1,701.88 | September 2004-June 2005 |
| Bullington, Jeffery | $36.00 | $27.00 | $63.00 | February 2004-March 2004 |
| Burgett, William | $71.50 | $53.63 | $125.13 | September 2003-November 2003 |
| Burkman, Scott | $122.50 | $91.88 | $214.38 | April 3, 2004 |
| Burkman, Ted | $88.25 | $66.19 | $154.44 | October 2003-November 2003 |
| Caballo, Angel | $152.75 | $114.56 | $267.31 | November 2004-January 2005 |
| Campos, Eliseo | $119.00 | $89.25 | $208.25 | February 2005-June 2005 |
| Cantarero, Osmin | $132.50 | $99.38 | $231.88 | September 2004-March 2005 |
| Carrillo, Ernesto | $19.50 | $14.63 | $34.13 | December 18, 2004 |
| Carrillo, Luis | $779.50 | $584.63 | $1,364.13 | November 2003-June 2005 |
| Cermeno, Eustaquio | $175.00 | $131.25 | $306.25 | January 2005-June 2005 |
| Cervantes, Felix | $558.25 | $418.69 | $976.94 | November 2004-June 2005 |
| Chinnock, Michael | $773.50 | $580.13 | $1,353.63 | July 2003-October 2003 |
| Chinnock, Ryan | $24.75 | $18.56 | $43.31 | June 2004-June 2005 |
| Crawford, Jonathan | $1,453.03 | $1,089.77 | $2,542.80 | June 2004-June 2005 |
| Diaz, Cliserio | $374.50 | $280.88 | $655.38 | April 2004-July 2004 |

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Esquivel, Manuel | $174.00 | $130.50 | $304.50 | July 2004-October 2004 |
| Fine, Ronn | $1,139.00 | $854.25 | $1,993.25 | August 2003-June 2005 |
| Garcia, Daniel | $255.00 | $191.25 | $446.25 | February 2005-April 2005 |
| Garcia, Jorge | $572.00 | $429.00 | $1,001.00 | July 2004-November 2004 |
| Garcia Jr., Humberto | $261.10 | $195.83 | $456.93 | July 2003-October 2003 |
| Garcia Sr., Humberto | $394.40 | $295.80 | $690.20 | July 2003-November 2003 |
| Godinez Ramos, Edgar | $848.25 | $636.19 | $1,484.44 | September 2004-June 2005 |
| Gonzalez, Ancelmo | $1,068.75 | $801.56 | $1,870.31 | October 2004-June 2005 |
| Gregorio, Michel | $27.50 | $20.63 | $48.13 | April 2, 2005 |
| Guerrero, Angel | $178.50 | $133.88 | $312.38 | November 2004-December 2004 |
| Gutierrez, Fernando | $42.00 | $31.50 | $73.50 | February 2005-April 2005 |
| Hernandez, Israel | $39.00 | $29.25 | $68.25 | November 15, 2003 |
| Hernandez, Raul | $39.00 | $29.25 | $68.25 | November 15, 2003 |
| Hiojosa, Daniel | $24.00 | $18.00 | $42.00 | November 15, 2003 |
| Hook, Thomas | $204.75 | $153.56 | $358.31 | October 2004-March 2005 |
| Jimenez, Jesus | $63.75 | $47.81 | $111.56 | March 2004-May 2004 |
| Ledward, Robert | $120.00 | $90.00 | $210.00 | September 2003-October 2003 |
| Lloyd, Todd | $216.00 | $162.00 | $378.00 | November 2003-January 2004 |
| Loera, Tony | $433.25 | $324.94 | $758.19 | July 2003-July 2004 |
| Lozano, Margarito | $66.00 | $49.50 | $115.50 | September 2003-October 2003 |
| Madera, Jesus | $87.50 | $65.63 | $153.13 | May 2005-June 2005 |
| Magana, Francisco | $2,136.00 | $1,602.00 | $3,738.00 | February 2004-June 2005 |
| Martinez, Anthony | $698.25 | $523.69 | $1,221.94 | July 2003-January 2005 |
| Martinez, Jacob | $138.50 | $103.88 | $242.38 | August 2003-March 2004 |
| Martinez, Jesus | $51.00 | $38.25 | $89.25 | August 2004-September 2004 |
| Martinez, Jose | $315.00 | $236.25 | $551.25 | September 2004-November 2004 |
| Mercado, Federico | $32.50 | $24.38 | $56.88 | December 18, 2004 |
| Mercado, Israel | $627.50 | $470.63 | $1,098.13 | September 2004-March 2005 |

| EMPLOYEE | BACKWAGES | LIQUIDATED DAMAGES | GROSS AMOUNT DUE | PERIOD COVERED |
|---|---|---|---|---|
| Navarro, Sergio | $159.00 | $119.25 | $278.25 | October 2003-November 2003 |
| Ocampo, Hector | $583.50 | $437.63 | $1,021.13 | September 2003-April 2004 |
| Ocampo, Macario | $585.00 | $438.75 | $1,023.75 | March 2004-August 2004 |
| Palom, Juan Luis | $74.75 | $56.06 | $130.81 | January 2005-February 2005 |
| Parker, Damon | $792.00 | $594.00 | $1,386.00 | September 2003-April 2004 |
| Pendill, Jim | $71.25 | $53.44 | $124.69 | September 2003-May 2004 |
| Pickrel, Ron | $921.50 | $691.13 | $1,612.63 | September 2003-December 2004 |
| Pinto, Juan | $288.75 | $216.56 | $505.31 | September 2004-January 2005 |
| Sanchez, Noe | $276.00 | $207.00 | $483.00 | April 2005-June 2005 |
| Terriquez, Salvador | $1,797.40 | $1,348.05 | $3,145.45 | October 2003-June 2005 |
| Tufano, Mike | $30.00 | $22.50 | $52.50 | October 2003-November 2003 |
| Valero Garcia, Fidel | $518.00 | $388.50 | $906.50 | December 2004-June 2005 |
| Vasquez, Bernardo | $4,726.50 | $3,544.88 | $8,271.38 | July 2003-June 2005 |
| Vasquez, Hugo | $3,060.50 | $2,295.38 | $5,355.88 | July 2003-June 2005 |
| Vasquez, Tony | $195.00 | $146.25 | $341.25 | April 2005-June 2005 |
| Vasquez Ayala, Angel | $648.00 | $486.00 | $1,134.00 | February 2005-June 2005 |
| Velasco, Placido | $73.25 | $54.94 | $128.19 | March 2004-July 2004 |
| Walker, Willard Scott | $323.50 | $242.63 | $566.13 | November 2003-April 2004 |
| White, David | $287.00 | $215.25 | $502.25 | July 2003-March 2005 |
| Zuniga, Oscar Omar | $97.50 | $73.13 | $170.63 | October 2004 |
| **TOTAL:** | **$34,416.43** | **$25,812.43** | **$60,228.86** | |