UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>LPC, INC. and GILBERT ALLEN *individually and dba* LPC ENTERPRISE,<br><br>Defendants. | File Number: 1:05-cv-00521-EJL<br><br>CONSENT JUDGMENT |

*Plaintiff has filed her Complaint and Defendant LPC, Inc., and Gilbert Allen individually, and doing business as* LPC Enterprise, has appeared and agrees to the entry of this Judgment without contest. It is therefore, upon motion and direction of the Plaintiff and Defendant LPC, Inc., and Gilbert Allen individually, and *doing business as* LPC Enterprise, and for cause shown:

IT IS ORDERED, ADJUDGED AND DECREED that Defendant LPC, Inc., and Gilbert Allen individually, and *doing business as* LPC Enterprise, their officers, agents, servants, employees and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of §§15(a)(2) and 15(a)(5) of the Fair Labor Standards Act (hereinafter "FLSA" or "the Act") in any of the following manners:

(1) Defendant LPC, Inc., and Gilbert Allen individually, and *doing business as* LPC Enterprise, will not, contrary to §7 of the Act, employ any employees engaged in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty (40) hours unless the employee receives

compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

(2)  Defendant LPC, Inc., and Gilbert Allen individually, and *doing business as* LPC Enterprise, will not fail to make, keep and preserve records of their employees, and of the wages, hours, and other conditions and practices of employment maintained by them, as prescribed by the regulations of the Administrator of the Wage and Hour Division, United States Department of Labor, issued and from time to time amended, pursuant to §11(c) of the Act and found in 29 C.F.R. §516.

(3)  IT IS FURTHER ORDERED that the Plaintiff recover from Defendants LPC, Inc., and Gilbert Allen individually, and *doing business as* LPC Enterprise, the sum of $60,228.00 in unpaid overtime and liquidated damages due their employees identified on Exhibit A.  All back wage payments shall be net amounts with all legal deductions taken from the gross amount due as stated on Exhibit "A" and shall be accompanied by a listing of all employees, their social security number, gross amount due, all withholdings, and net amount for which the check is being issued.  The "Liquidated Damage" amount from Exhibit "A" shall be added to the net amount due, as stated on Exhibit "A."  Each payment shall be by check made payable in the alternative to the "U.S. Department of Labor or [the employee named on Exhibit A]" and mailed to:

> Wage and Hour Division
> U.S. Department of Labor
> Attn: Diane Reese-Beyer
> 71 Stevenson Street, Suite 930
> San Francisco, CA  94105-2934

Payments shall be made in twelve (12) separate installments and in accordance with the Schedule of Payments attached hereto.  The first payment shall be made no later than January 1, 2006, and each subsequent payment shall be due on the first day of each month thereafter until all twelve payments have been made.

(a)  If there is a default in the receipt of any of the checks for a period of at least twenty days, the amount due the Plaintiff will automatically become $68,832.00 to be appropriately prorated among the employees by the Plaintiff.

IT IS FURTHER ORDERED that the rights of any of the Defendants' employees or ex-employees, not specifically mentioned in Exhibit A to this Judgment, to back wages under the Act, are neither affected nor extinguished by this Judgment and neither party to the action intends or contemplates that the Judgment entered in this action will affect such rights if any.

FURTHER ORDERED that no costs or attorneys fees be allowed.

DATED: **January 3, 2006**

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge